Case 5:14-cv-25104 Document 1 Filed 08/18/14 Page 1 of 18 PageID #: 1

Eastern District of Kentucky
**F I L E D**

AUG 1 8 2014

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

_Michael Eugene Peel_                    _15645-032_

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

**CIVIL ACTION NO.**_____
(Number to be assigned by Court)

_UNITED STATES of AMERICA_
_PRESIDENT OBAMA_
_Justice Department_
_Home land Security + Boarder Patrol + FDA_

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

      Yes _____   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

  1. Parties to this previous lawsuit:

     Plaintiffs: _____

     _____

     _____

     Defendants: _____

     _____

     _____

  2. Court (if federal court, name the district; if state court, name the county);

     _____

  3. Docket Number: _____

  4. Name of judge to whom case was assigned:

     _____

  5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

     _____

  6. Approximate date of filing lawsuit: _____

  7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Federal Correctional Institute Beckley

   A. Is there a prisoner grievance procedure in this institution?

   Yes ✓       No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ___     No ✓

   C. If you answer is YES:

   1. What steps did you take? _____

   _____

   2. What was the result? _____

   _____

   D. If your answer is NO, explain why not: There is no grievance to this complaint

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: (Mike) Michael Eugene Peel 15645-032

   Address: Federal Correctional Institute Beckley PO Box 350 Beaver WV 25813

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Michael Eugene Peel

is employed as: Prisoner of the UNITED STATES of AMERICA

at Federal Correctional Institute Beckley PO Box 350 Beaver WV 25813

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I and The public are under attack By The gouvernment. We are in harms way dew to a direct Neglagence of the peoples safety. They let drugs into the country and we get our hands on these drugs and Then we are punished for our persuite of happyness and what we find. The FDA allows drugs and alchohal to get into the publics hands knowing the danger and potential for addiction But cause of Big Buisness and politics needing funds and the income of Tax they let this go our dayly life is destroyed cause of a addiction the gouvernment let happen. I should have never had a chance to try these drugs. They don't grow here and The

IV. **Statement of Claim (continued):**

gouvernment let it happen so they could place sick people like me in prison and lie to the public and tell them they are safe and charge them for housing us/me the sick. In inhumane ways. The public pays for safety and get lies/lives get destroyed children without parents parents without children due to the lies and neglect of the UNITED STATES of AMERICAS Federal Gouvernment.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pay me for my life that they let and help destroy by letting these drugs into the country and the pharmasuticals drugs and alchohol they approved for me to become addicted to hurting my family and kids by all this I ask for $100,000,000.00 and advise the citizens of the United States to do and ask the same get our money back and leave us alone. Stop the countrys that grow these drugs stop the Alchohol Beverage Co and pharmacutical Co's and gun manufacturers.

**V.    Relief (continued)):**

The day they Tax Pot they become the biggest drug dealers of all and there is proof.

**VII.   Counsel**

- A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

  Just me

- B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

  Yes _____    No ✓

  If so, state the name(s) and address(es) of each lawyer contacted:

  If not, state your reasons: I'm broke other than money that family gifts to me to live on in here

- C. Have you previously had a lawyer representing you in a civil action in this court?

  Yes _____    No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __11__ day of __August__, 20_14_.

*Michael Eugene Purl* (signature)

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                (Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

6-27-14

Michael E Peel  # 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
vs
UNITED STATES OF AMERICA

To the Honorable Courts of the UNITED STATES OF AMERICA.

I Mike Peel am seeking compensation for my mental and Physical distress due to the (UNITED STATES OF AMERICA'S) failure to do a competent job in keeping the drugs out of America. We the people of the United States can not grow cocain or Heroin. Our gouvernment has failed to keep these drugs out of America and out of the hands of the public allowing me and thousands and maybe even millions of people to be infected by these drugs and becoming addicted. Along with the (FDA) allowing pharmarutcals and Alchohal into the hands of the public knowing the potential for addiction. The People of America and myself have paid taxes for years and years for our alledged protection from foriegn and demestic threats like drugs. But as it would stand the American People are being put to blame and made suffer for our gouvernments short comings and

being made to go to jails, prisons and for the people who are not effected by the drugs they are being forced to pay for the houseing of the people who are victims of a failed System and gouvernment in wich the gouvernment in a attempt to cover up its failure has alledged the people of America that are sick due to the incomeing drugs and perscription drugs and Alchohol that the gouvernment has failed to keep away from us are calling us criminal. There for making the people of the United states think that the problem lies in the people themself instead of the real problem that is we have put our faith in a gouvernment to protect our borders and keep out the drugs and the people that bring them in. And they have failed us. Now in so doing this many other problems have occured do to the failure of the drugs being kept out of the UNITED STATES. For one domestic Violence due to intoxication, Robberies due to the want of drugs to obtain them and being under the influence of these drugs and Alchohol. Shooting and carwrecks fatalities due to being under the influence. And our gouvernment has laid the blame and the burden on the people who paid them to protect us from this and even on a daily beg for them to stop these drugs from being brought into the country. But as it would seem our Federal gouvernment

has no concern for protecting the American people from this problem. Its just good business to keep this happening. We the People of this great country are what makes this country great and its not us that are the problem. It is in fact our elected officials and government offices and the hidden agenda of the United States with these pharmaceutical Co and Gun manufactures Alcoholic beverage Co and other Countries that produce Cocain, Heroin and others drug what ever they have going on behind our backs that is the problem. They cant even protect our borders from illegals instead they invite them in to take our jobs. And at this point I feel the need for compensation based on the fear I feel living in this Country and the mental anguish from my addiction of drugs and Alcohol that has destroyed my life but also for the time lost to being jailed for things I have done while under the influence of these drugs and Alcohol that I should have never been able to have possession of and the time away from my family and not being able to hold a gainful job or pursue happiness in life due to the addiction that I should have been protected from and for all the damage to my body the desease of Hep-C and all the broken bones due to fights and

car wrecks while under the influence of drugs and alcohol that the UNITED STATES OF AMERICA failed to keep out of this Country and out of the hands of the people it is sworn to protect. I have no faith left in this Country and am in fear of my life and scared for the safety of the people of this Nation due to the lack of protection our government provides for us against these terrorist attacks of these Companies and other Countries. I am after an award of $100,000,000 for my pain and suffering and urge the people of this nation to ask for compensation as well until we are protected in a way such as our Constitution would believe to be. And not be threaten by this modern day Monster Mobsters!

Thank You

[signature]

I would also like my seventy back.

**Point-1** While incarcerated by the Federal Government I have ask for treatment of the virus Hep-C. And have been told that they would not due to the fact that since I was in the early stages and "not sick enough" They didn't feel it would do any good.

This took Place at Federal Correctional Institute Beckley.

It is a shame that I have ask for and been denied medical treatment by the very people who have imprisoned me for having a gun in which I would have never had if it had not been for the fact that I stayed under the influence of drugs and Alcohol. Which the fact is I would have not had in my possesion if the federal government the UNITED STATES OF AMERICA had not failed in protecting me from this enfection & addiction in which in my eyes was in fact introduced to me by them. But I go on to say I fear retaleation for my accusations against them. I feel that they did not protect me from drugs in wich case has caused me to make these bad desicions while under its influence.

Point-2 I would never had fractured my spine or broken my pelvic bone or punctured my lung if I had not made a choice while intoxicated by Alcohol to run from the police even after the officers called off the chase I still ran almost to my death cause the Alchoholic beverage Company's and bars have been allowed to sell alchohol to people without any concern for the buyers or the general publics safety and let someone stumble in and buy more and leave and possibly leave to there death or kill someone else. Wich the FDA and the local and Federal gouvernments have let go on for the Alchohal Beverage Companys to profit and the small businesses all so they can pay the sales tax to the local and Federal gouvernment. Just good business for Big business wich is the gouvernment agenda and main concern. Not the American people in wich they have left victim to addiction, domestic Violence, Death, Shootings, robberies and many other crimes due to being under the influence. I see the American people are the blame.

Point 3 — I have been encarcerated for about 10 years of my life cause of the choises I made while under the influence of drugs and alchohal. In wich I should have never had in my possesion but due to the failure of the UNITED STATES OF AMERICA to protect me from the drugs and alchohal they let into this Country and let be sold to the people knowing the effects of and the posibility of addiction yet still let it be sold. I and my family and children have suffered loss after loss and time away from each other, finacial loss, loss of jobs, homes, cars. The embarassment to myself and family. Along with the harrassment from the local sherriffs department and police. My life has became unbareable and the pursuit of happiness has fled from my sight. Only despare is left for me. I feel helpless and hopeless.

**Point-4** Due to the drugs that was let into the country and the ones sold over the counter and perscription along with the Alchaholic Beverage Co sells of alchohol my mental and physical being has been forever altered all thanks to a failed government.

I know longer think or feel the same about things due to the effects of the drugs and Alchohol I've consumed and all the things I've witnessed due to my encarceration and being under the influence. It never be the same. My physical appearence altered and aged by all of this and the pripits and wrecks due to the enfection that was allowed to make it into this country into over communities and all the way to me due to the lack of concern by the UNITED STATES OF AMERICA the cooperation! City concerned with taxes the money in there pocket that makes them totally happy has destroyed my life and many others. All to appease other Cooperations and other Countries. We the people to a back burner to the agenda and left the burden by it. Proof is everyday on the news of this failed government in which I seek compensation for my mental and physical anguish.

P9

## Final Closing

It's a fact that the "War on drugs" should have never been. Cause all that happen was a war on the American people took place. People/Victims of this war on drugs was punished for being infected with an addiction in **with** they should have never been able to come in contact with if it had not been for the failure of the UNITED STATES OF AMERICA the same that has convicted so many for this desease called addiction that failed to protect us and keep the drugs out of this Country along with protecting us from the drugs and Alchohol that big business brought in and the FDA approved knowing the potential for addiction. It has never been attempted to arrest and try these other countries imprison them and force there people to bare the burden of houseing them and feeding them and make them pay for the rehabilitation of American citizens. Instead of placeing the burden on the American people to house feed and rehabilitate its own people and still not be protected. No one has ever imprisoned the Owners of Alchoholic Beverage Co's or the Pharmasuitical Co's either only the American people are imprisoned for this.

And as it would seem that now the war on drugs was all a ploy to blind the American people for a agenda that took place as of today the moment the UNITED STATES OF AMERICA accepted the first tax dollar from the sales of pot in this nation legally it made them in conspiracy to traffic pot to thee Americas people furthering the infection of addiction into the heart of our the peoples Nation. The sale of pot is a Federal crime and at any point of the point of trafficing you make a profit from the sales of an illegal drug you are trafficing and in knowing so and failed to inform any law official of this trafficing you are in conspiracy of the alleged trafficing. Who do we place in prison for this? My life is in danger due to the failure of the UNITED STATES government and I am seeking $100,000,000 for pain and suffering do to the failure of being protected from the drugs and alcohol my life destroyed. And I am in fear of my life from retaliation from the UNITED STATES OF AMERICA and for my mental anguish for years of this life that has been let fall apart due to the drug abuse and

P11

addiction from which I have suffered due to the failure of the UNITED STATES OF AMERICA to protect me and the rest of the nation from.

Thank You,

[signature]